TIMKEN CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND
PEER BEARING CO., DEFENDANT-INTERVENOR

Court No. 98–12–03235

(Dated September 3, 2002)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court, having received and reviewed
the United States Department of Commerce, International Trade Ad-
ministration's ("Commerce") *Final Results of Redetermination Pur-
suant to Court Remand, Timken Company v. The United States,* 26 CIT
434, 201 F. Supp. 2d 1316 (2002) ("Remand Results"), and Timken's
concurrence therewith, finds that Commerce duly complied with the
Court's remand order, and it is hereby

ORDERED that the *Remand Results* filed by Commerce on July 22,
2002, are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dis-
missed.